## CREECH v. BLACK MOTOR COMPANY, Incorporated

Court of Appeals of Kentucky.

(Decided Dec. 5, 1933.)

C. B. SPICER for movant.

E. L. MORGAN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## BAKER v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Dec. 8, 1933.)

L. D. BRUCE for movant.

BAILEY P. WOOTTON, Atty. Gen., and D. C. WALLS, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

## BENEFIT ASSOCIATION OF RAILWAY EMPLOYEES v. DOZIER.

Court of Appeals of Kentucky.

(Decided Dec. 12, 1933.)

S. H. RICE for movant.

H. E. HAY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed to-day.